FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 16-03675 | Trustee Name: | Eva M. Lemeh |
| Case Name: | MASTER CUSTOM CABINETRY OF TN, INC. | Date Filed (f) or Converted (c): | 05/20/2016 (f) |
| For the Period Ending: | 09/30/2016 | §341(a) Meeting Date: | 07/07/2016 |
| | | Claims Bar Date: | 10/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  535 Miller Road Smithville, TN 37166 Fee simple $710,500.00 Tax records | $710,500.00 | $316,886.37 | | $512,016.00 | $198,484.00 |
| 2  Liberty State Bank Checking Account 6344 | $1.63 | $1.63 | | $0.00 | FA |
| 3  3 Desks and Chairs Unknown Liquidation | $150.00 | $150.00 | | $0.00 | FA |
| 4  Subject to lease - see Schedule G $0.00 | Unknown | $0.00 | | $0.00 | FA |
| 5  attached list $0.00 Liquidation | $51,936.85 | $0.00 | | $0.00 | FA |
| 6  Equipment - see attached list $0.00 Liquidation | $2,925.00 | $2,925.00 | | $0.00 | $2,925.00 |
| 7  refund of deposit from water company (u) | $0.00 | $90.89 | | $90.89 | $0.00 |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Asset**

$765,513.48     $320,053.89     $512,106.89     $201,409.00

**Major Activities affecting case closing:**

10/06/2016  Filed Report of Sale (Dockets 26/46) For 535 Miller Rd -dp.
09/13/2016  Update from Ethan Massa: Building is cleaned. It may take a couple weeks to get recyclers out to pick up the bulbs and paint but I have them in Hendersonville.
09/08/2016  Email and fax to insurance agency to cancel and send remaining premium to Eva/Trustee -dp.
           Fax successful confirmation received -dp.
09/07/2016  Update from Ethan Massa: Cleaning crew has been hired, upon their completion which I expect this week we will remove remaining hazardous materials and deal with Safety Kleen for disposal.
08/30/2016  File orders to employ/compensate auctioneer and sell misc assets -dp.
08/25/2016  Tax Bills Responses:

           Clerk & Master: NO Delinquent taxes due (They have up through 2014 in their office).
           Trustee: Delinquent 2015 bill.
           City: Received 8/26.
           -dp.
08/23/2016  Email to waustin@ucdd.org for payoffs for 535 Miller Rd, good through 8/31/16, breakdown, per diems -dp.
08/23/2016  File order to sell 535 Miller Rd -dp.
08/22/2016  File motion to reduce objection period to notice of sale and employment/compensation of auctioneer, motion to employ/compensate auctioneer, motion to sell -dp.
08/17/2016  File orders to employ attorney Lemeh and accountant Williams -dp.

Case 2:16-bk-03675    Doc 60    Filed 10/11/16    Entered 10/11/16 07:55:00    Desc Main
                               Document      Page 1 of 5

| Case No.: | 16-03675 | | | Trustee Name: | Eva M. Lemeh |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MASTER CUSTOM CABINETRY OF TN, INC. | | | Date Filed (f) or Converted (c): | 05/20/2016 (f) |
| For the Period Ending: | 09/30/2016 | | | §341(a) Meeting Date: | 07/07/2016 |
| | | | | Claims Bar Date: | 10/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Note |
| --- | --- |
| 08/16/2016 | File order for authority to pay utilities/small expenses -dp. |
| 08/10/2016 | File motion/order to reduce objection period and motion to sell 535 Miller Rd -dp. |
| 08/04/2016 | File motion/order to reduce objection period, motion for authority to pay utilities/small expenses -dp. |
| 08/03/2016 | tcw tracey fouch 615-418-5798-interested in purchasing building |
| 08/03/2016 | tcw tracy foutch-wants to purchase for 350,000; tcw realtor-auction? ; tcto second lien holder-left v-mail; tcw to ucdd first lienholder -left message for Wallace Austin will email request to take less than 300,000 owed-eml waustin@UCDD.org |
| 07/26/2016 | File motions to employ attorney Lemeh and accountant Williams -dp. |
| 07/25/2016 | Email to Tim Niarhos and Gray Waldron: Trustee Lemeh needs to know where we are on collecting the rent checks that are past due, and she also needs the names/addresses of the renters. -dp. |
| 07/07/2016 | Email to Mimi: Master custom cabinetry 16-03675-need to get this on the market or auction date for it 535 miller road in Smithville unusually large warehouse for area. 400k owed tax value is 715k. |
| 06/28/2016 | Ordered a current owner title search for 535 Miller Rd -dp. |
| | 7/1 Title search received -dp. |
| | 7/5 Email to RightOnTimeDocs about missing pages -dp. |
| 06/22/2016 | Payoffs received for Upper Cumberland Development District and Cumberland Area Investment Corporation -dp. |
| 06/20/2016 | Email to waustin@ucdd.org (Upper Cumberland Utility District) for payoffs/per diems for 535 Miller Rd -dp. |
| 06/20/2016 | Notes to self: Sched D lienholders for 535 Miller Rd: |
| | 2x UCDD (6/20 email sent for payoffs/per diems). |
| | 1x Smithville Assessor of Property (I pulled DeKalb tax card by map/parcel and $5.4k due; Lists Miller Road Prop as the owner). |
| 06/16/2016 | Update from Mimi Genet: This is a 80,994 square feet warehouse on 21. acres in Smithville - FMV is approximately $600,000 - $700,000. - the catch is that it is in DeKalb County - not alot of industry there - it is conveniently located.  This one I would auction. |

| Initial Projected Date Of Final Report (TFR): | 07/07/2017 | Current Projected Date Of Final Report (TFR): | 07/07/2017 | /s/ EVA M. LEMEH |
| --- | --- | --- | --- | --- |
| | | | | EVA M. LEMEH |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |  | |
|---|---|---|---|---|
| Case No. | 16-03675 | | Trustee Name: | Eva M. Lemeh |
| Case Name: | MASTER CUSTOM CABINETRY OF TN, INC. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6672 | | Checking Acct #: | ******0186 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2015 | | Blanket bond (per case limit): | $10,000,000.00 |
| For Period Ending: | 09/30/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2016 | (1) | Master Custom Cabinetry | rent from tenant | 1122-000 | $5,026.00 | | $5,026.00 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.05 | $5,024.95 |
| 08/03/2016 | 3001 | Smithville Electric System | Account no. 1100 Master Custom Cabinetry delinquent electric bill for 535 Miller Road, Smithville, TN 37166 | 2420-000 | | $1,704.46 | $3,320.49 |
| 08/15/2016 | (1) | Master Custom Cabinets of TN Inc | rent | 1122-000 | $5,390.00 | | $8,710.49 |
| 08/17/2016 | (1) | Foutch Industries LLC | rent from tenant | 1122-000 | $1,600.00 | | $10,310.49 |
| 08/18/2016 | (1) | Tracy Foutch | earnest money payment for purchase of 535 miller road, smithville, TN per order to sell entered 08/--/16 | 1110-000 | $50,000.00 | | $60,310.49 |
| 08/31/2016 | (1) | Dekalb Title , LLC | proceeds from sale of 535 miller road per order to sell entered 08/25/16 | 1110-000 | $450,000.00 | | $510,310.49 |
| 08/31/2016 | 3002 | Upper Cumberland Development District | pay off 1st mortgage per order to sell entered 08-25-16; loan no. 99-01-01; 535 miller road | 4110-000 | | $303,815.50 | $206,494.99 |
| 08/31/2016 | 3003 | Cumberland Area Investment Corporation | pay off 2nd mortgage per order to sell entered 08-25-16; loan no. 100-01-01; 535 miller road | 4110-000 | | $101,208.31 | $105,286.68 |
| 08/31/2016 | 3004 | DeKalb County Trustee | pay delinquent taxes per order to sell entered 08-25-16; 535 miller road-receipt no. 11056; 073 00601 00 | 2820-000 | | $5,514.00 | $99,772.68 |
| 08/31/2016 | 3005 | City of Smithville | pay delinquent taxes per order to sell entered 08-25-16; 535 miller road-map and parcel no. 073 00601 00 | 2820-000 | | $2,009.96 | $97,762.72 |
| 08/31/2016 | 3006 | Tracy Foutch | pay closing costs to buyer-pro rated rent $800, pro rated city taxes 1,239.39 and pro rated county taxes 3,501.57 per order to sell entered 08-25-16; for 535 miller road | 2500-000 | | $5,540.96 | $92,221.76 |
| 08/31/2016 | 3007 | Smithville Electric System | pay electric bill acct no. 1100 for 535 miller road per Order Granting Trustee's Motion for Authority to Pay Utilities and Small Expenses 08/16/16 | 2420-000 | | $2,518.91 | $89,702.85 |
| 08/31/2016 | 3008 | Smithville Water Company | pay water bill acct no. 0005-00908-003 per Order Granting Trustee's Motion for Authority to Pay Utilities and Small Expenses 08/16/16 | 2420-000 | | $59.16 | $89,643.69 |
| | | | | SUBTOTALS | $512,016.00 | $422,372.31 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | | |
|---|---|---|
| **Case No.** | 16-03675 | |
| **Case Name:** | MASTER CUSTOM CABINETRY OF TN, INC. | |
| **Primary Taxpayer ID #:** | **-***6672 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2015 | |
| **For Period Ending:** | 09/30/2016 | |

| | |
|---|---|
| **Trustee Name:** | Eva M. Lemeh |
| **Bank Name:** | PINNACLE BANK |
| **Checking Acct #:** | ******0186 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $10,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $37.67 | $89,606.02 |
| 09/19/2016 | (7) | City of Smithville water operations & maintaenance | refund of water deposit | 1229-000 | $90.89 | | $89,696.91 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $512,106.89 | $422,409.98 | $89,696.91 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $512,106.89 | $422,409.98 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $512,106.89 | $422,409.98 | |

**For the period of 10/01/2015 to 09/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $512,106.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $512,106.89 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $422,409.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $422,409.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/26/2016 to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $512,106.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $512,106.89 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $422,409.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $422,409.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 16-03675 | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|
| Case Name: | MASTER CUSTOM CABINETRY OF TN, INC. | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6672 | Checking Acct #: | ******0186 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2015 | Blanket bond (per case limit): | $10,000,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $512,106.89 | $422,409.98 | $89,696.91 |

| For the period of 10/01/2015 to 09/30/2016 | | For the entire history of the account between 07/26/2016 to 9/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $512,106.89 | Total Compensable Receipts: | $512,106.89 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $512,106.89 | Total Comp/Non Comp Receipts: | $512,106.89 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $422,409.98 | Total Compensable Disbursements: | $422,409.98 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $422,409.98 | Total Comp/Non Comp Disbursements: | $422,409.98 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA M. LEMEH

EVA M. LEMEH