UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

In re: § Case No. 2:16-BK-03675
§
MASTER CUSTOM CABINETRY OF §
TN, INC. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Eva M. Lemeh, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $52,088.48 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $451,383.66 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $63,258.23 | | |

3) Total gross receipts of $514,641.89 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $514,641.89 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $693,613.63 | $553,414.81 | $405,023.81 | $405,023.81 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $63,258.23 | $63,258.23 | $63,258.23 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $131,926.47 | $141,925.59 | $141,925.59 | $46,359.85 |
| General Unsecured Claims (from **Exhibit 7**) | $573,580.27 | $364,927.45 | $364,927.45 | $0.00 |
| **Total Disbursements** | $1,399,120.37 | $1,123,526.08 | $975,135.08 | $514,641.89 |

    4). This case was originally filed under chapter 7 on 05/20/2016. The case was pending for 12 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: 05/08/2017          By:   /s/ Eva M. Lemeh
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)
Case 2:16-bk-03675    Doc 88    Filed 05/18/17    Entered 05/18/17 16:51:48    Desc Main
Document     Page 2 of 13

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 535 Miller Road Smithville, TN 37166 Fee simple $710,500.00 Tax records | 1122-000 | $512,016.00 |
| Equipment - see attached list $0.00 Liquidation | 1129-000 | $2,535.00 |
| refund of deposit from water company | 1229-000 | $90.89 |
| **TOTAL GROSS RECEIPTS** | | **$514,641.89** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | MILLER ROAD PROPERTIES LLC | 4210-000 | $0.00 | $148,391.00 | $0.00 | $0.00 |
| | Cumberland Area Investment Corporation | 4110-000 | $0.00 | $101,208.31 | $101,208.31 | $101,208.31 |
| | Miller Road Properties, LLC | 4210-000 | $300,000.00 | $0.00 | $0.00 | $0.00 |
| | Smithville Assessor of | 4700-000 | $1,844.00 | $0.00 | $0.00 | $0.00 |
| | Upper Cumberland | 4110-000 | $293,495.60 | $0.00 | $0.00 | $0.00 |
| | Upper Cumberland | 4110-000 | $98,274.03 | $0.00 | $0.00 | $0.00 |
| | Upper Cumberland Development District | 4110-000 | $0.00 | $303,815.50 | $303,815.50 | $303,815.50 |
| **TOTAL SECURED CLAIMS** | | | **$693,613.63** | **$553,414.81** | **$405,023.81** | **$405,023.81** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eva M. Lemeh, Trustee | 2100-000 | NA | $28,982.09 | $28,982.09 | $28,982.09 |
| Eva M. Lemeh, Trustee | 2200-000 | NA | $260.07 | $260.07 | $260.07 |

| Claimant | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Smithville Electric System | 2420-000 | NA | $4,223.37 | $4,223.37 | $4,223.37 |
| Smithville Water Company | 2420-000 | NA | $59.16 | $59.16 | $59.16 |
| Tracy Foutch | 2500-000 | NA | $5,540.96 | $5,540.96 | $5,540.96 |
| Pinnacle Bank | 2600-000 | NA | $325.08 | $325.08 | $325.08 |
| U. S. BANKRUPTCY COURT CLERK | 2700-000 | NA | $352.00 | $352.00 | $352.00 |
| City of Smithville | 2820-000 | NA | $2,009.96 | $2,009.96 | $2,009.96 |
| DeKalb County Trustee | 2820-000 | NA | $5,514.00 | $5,514.00 | $5,514.00 |
| TENNESSEE DEPARTMENT OF REVENUE | 2820-000 | NA | $100.00 | $100.00 | $100.00 |
| MASSA ESTATE GROUP | 2990-000 | NA | $8,956.95 | $8,956.95 | $8,956.95 |
| EVA M. LEMEH, ESQUIRE, Attorney for Trustee | 3110-000 | NA | $2,874.00 | $2,874.00 | $2,874.00 |
| EVA M. LEMEH, ESQUIRE, Attorney for Trustee | 3120-000 | NA | $667.84 | $667.84 | $667.84 |
| Thompson Burton PLLC, Attorney for Trustee | 3210-000 | NA | $2,325.00 | $2,325.00 | $2,325.00 |
| Thompson Burton PLLC, Attorney for Trustee | 3220-000 | NA | $34.00 | $34.00 | $34.00 |
| Larry Williams, Accountant for Trustee | 3410-000 | NA | $400.00 | $400.00 | $400.00 |
| MASSA ESTATE GROUP, Auctioneer for Trustee | 3610-000 | NA | $633.75 | $633.75 | $633.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $63,258.23 | $63,258.23 | $63,258.23 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Internal Revenue Service | 5800-000 | $0.00 | $137,229.21 | $137,229.21 | $44,825.78 |
| 22 | TN Dept of Labor - Bureau of Unemployment Insurance | 5800-000 | $4,696.38 | $4,696.38 | $4,696.38 | $1,534.07 |

|  | Dekalb County Trustee | 5800-000 | $5,342.00 | $0.00 | $0.00 | $0.00 |
|  | Internal Revenue Service | 5800-000 | $120,025.09 | $0.00 | $0.00 | $0.00 |
|  | Smithville Assessor of Property | 5800-000 | $1,863.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $131,926.47 | $141,925.59 | $141,925.59 | $46,359.85 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | THE SHERWIN WILLIAMS CO | 7100-000 | $34,669.36 | $34,669.36 | $34,669.36 | $0.00 |
| 2 | Averitt Express | 7100-000 | $1,177.01 | $1,177.01 | $1,177.01 | $0.00 |
| 3a | Miller Road Properties LLC | 7100-000 | $0.00 | $194,999.77 | $194,999.77 | $0.00 |
| 4a | Internal Revenue Service | 7100-000 | $0.00 | $31,749.20 | $31,749.20 | $0.00 |
| 5 | ULine | 7100-000 | $5,474.05 | $5,474.05 | $5,474.05 | $0.00 |
| 6 | Bird Song Adhesives, Inc. | 7100-000 | $122.70 | $122.70 | $122.70 | $0.00 |
| 7 | Center Hill Industrial Warehouse & Storage LLC | 7100-000 | $7,996.91 | $7,996.91 | $7,996.91 | $0.00 |
| 8 | PACKAGING FULFILLMENT CO INC | 7100-000 | $350.00 | $312.84 | $312.84 | $0.00 |
| 9 | RICHELIEU HARDWARE | 7100-000 | $32,000.00 | $26,558.20 | $26,558.20 | $0.00 |
| 10 | Kustom Printing Products | 7100-000 | $879.31 | $879.31 | $879.31 | $0.00 |
| 11 | RG ABELL CO | 7100-000 | $0.00 | $12,850.00 | $12,850.00 | $0.00 |
| 11A | RG ABELL CO | 7100-000 | $0.00 | $22,351.62 | $22,351.62 | $0.00 |
| 12 | Precision Cutting Tools | 7100-000 | $1,388.61 | $1,388.61 | $1,388.61 | $0.00 |
| 13 | Middle Tennessee Natural Gas | 7100-000 | $2,479.20 | $2,482.85 | $2,482.85 | $0.00 |
| 14 | B&G Supply Company | 7100-000 | $2,134.83 | $2,134.83 | $2,134.83 | $0.00 |
| 15 | Tyco Integrated Security LLC | 7100-000 | $8,987.83 | $7,663.50 | $7,663.50 | $0.00 |
| 16 | Tyco Integrated Security LLC | 7100-000 | $0.00 | $1,245.84 | $1,245.84 | $0.00 |
| 17 | WECO Wipers | 7100-000 | $2,248.84 | $0.00 | $0.00 | $0.00 |
| 18 | REGARDING KITCHENS INC | 7100-000 | $2,800.00 | $2,489.30 | $2,489.30 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Turner Auto Parts | 7100-000 | $2,471.78 | $2,623.46 | $2,623.46 | $0.00 |
| 20 | Wells Fargo Vendor Financial Services LLC | 7100-000 | $7,000.00 | $4,943.09 | $4,943.09 | $0.00 |
| 21 | DeKalb County Mayor's Office | 7100-000 | $800.00 | $815.00 | $815.00 | $0.00 |
| | Aflac | 7100-000 | $2,196.82 | $0.00 | $0.00 | $0.00 |
| | Alain Melendez | 7100-000 | $13,000.00 | $0.00 | $0.00 | $0.00 |
| | Bella Kitchens | 7100-000 | $3,900.00 | $0.00 | $0.00 | $0.00 |
| | Cave Mills Solutions & Supplies, LLC | 7100-000 | $5,500.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $1,462.28 | $0.00 | $0.00 | $0.00 |
| | Decore-ative Specialties | 7100-000 | $28,874.01 | $0.00 | $0.00 | $0.00 |
| | DTC Communications | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | Dwayne Allen Cornelius | 7100-000 | $168,000.00 | $0.00 | $0.00 | $0.00 |
| | Dwayne Allen Cornelius & Jeff Robinson | 7100-000 | $27,000.00 | $0.00 | $0.00 | $0.00 |
| | Erie Insurance | 7100-000 | $4,052.24 | $0.00 | $0.00 | $0.00 |
| | Federal Express | 7100-000 | $72.92 | $0.00 | $0.00 | $0.00 |
| | FFVA Mutual | 7100-000 | $1,639.00 | $0.00 | $0.00 | $0.00 |
| | Glenn Abell | 7100-000 | $34,000.00 | $0.00 | $0.00 | $0.00 |
| | Jeff Robinson | 7100-000 | $14,000.00 | $0.00 | $0.00 | $0.00 |
| | Mohawk Finishing Products | 7100-000 | $944.70 | $0.00 | $0.00 | $0.00 |
| | PlanIt Solutions | 7100-000 | $10,826.93 | $0.00 | $0.00 | $0.00 |
| | Sparta Express | 7100-000 | $117.12 | $0.00 | $0.00 | $0.00 |
| | Superior | 7100-000 | $187.50 | $0.00 | $0.00 | $0.00 |
| | Timothy C. Colwell | 7100-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| | UPS | 7100-000 | $3,460.07 | $0.00 | $0.00 | $0.00 |
| | William Christopher Vanatta | 7100-000 | $86,366.25 | $0.00 | $0.00 | $0.00 |
| | Wilson Bank & Trust | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $573,580.27 | $364,927.45 | $364,927.45 | $0.00 |

| Case No.: | 16-03675 | | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|---|
| Case Name: | MASTER CUSTOM CABINETRY OF TN, INC. | | | Date Filed (f) or Converted (c): | 05/20/2016 (f) |
| For the Period Ending: | 5/7/2017 | | | §341(a) Meeting Date: | 07/07/2016 |
| | | | | Claims Bar Date: | 10/05/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 535 Miller Road Smithville, TN 37166 Fee simple $710,500.00 Tax records | $710,500.00 | $316,886.37 | | $512,016.00 | FA |
| 2 | Liberty State Bank Checking Account 6344 | $1.63 | $1.63 | | $0.00 | FA |
| 3 | 3 Desks and Chairs Unknown Liquidation | $150.00 | $150.00 | | $0.00 | FA |
| 4 | Copier subject to lease - see Schedule G $0.00 | Unknown | $0.00 | | $0.00 | FA |
| 5 | Equipment - attached list $0.00 Liquidation | $51,936.85 | $0.00 | OA | $0.00 | FA |
| 6 | Equipment - see attached list $0.00 Liquidation | $2,925.00 | $2,535.00 | | $2,535.00 | FA |
| 7 | refund of deposit from water company (u) | $0.00 | $90.89 | | $90.89 | FA |

**TOTALS (Excluding unknown value)**     $765,513.48     $319,663.89     $514,641.89     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/27/2017 | File order to pay Trustee -dp. |
| 11/11/2016 | File orders to pay agent Massa, accountant Williams and attorney Lemeh -dp. |
| 10/25/2016 | File report of sale - dockets 42-43 & 54-55 -dp. |
| 10/20/2016 | File motions to pay agent Massa, attorney Lemeh, and accountant Williams -dp. |
| 10/11/2016 | Update from Ethan Massa: We have funds from auction. I have paid the cleaning company. Safety kleen will be here today for the waste removal. Should have this all figured out by weeks' end. |
| 10/06/2016 | Filed Report of Sale (Dockets 26/46) For 535 Miller Rd -dp. |
| 09/13/2016 | Update from Ethan Massa: Building is cleaned. It may take a couple weeks to get recyclers out to pick up the bulbs and paint but I have them in Hendersonville. |
| 09/08/2016 | Email and fax to insurance agency to cancel and send remaining premium to Eva/Trustee -dp. Fax successful confirmation received -dp. |
| 09/07/2016 | Update from Ethan Massa: Cleaning crew has been hired, upon their completion which I expect this week we will remove remaining hazardous materials and deal with Safety Kleen for disposal. |
| 08/30/2016 | File orders to employ/compensate auctioneer and sell misc assets -dp. |

| Case No.: | 16-03675 | | | Trustee Name: | Eva M. Lemeh |
| Case Name: | MASTER CUSTOM CABINETRY OF TN, INC. | | | Date Filed (f) or Converted (c): | 05/20/2016 (f) |
| For the Period Ending: | 5/7/2017 | | | §341(a) Meeting Date: | 07/07/2016 |
| | | | | Claims Bar Date: | 10/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 08/25/2016 | Tax Bills Responses: |
| | Clerk & Master: NO Delinquent taxes due (They have up through 2014 in their office). |
| | Trustee: Delinquent 2015 bill. |
| | City: Received 8/26. |
| | -dp. |
| 08/23/2016 | Email to waustin@ucdd.org for payoffs for 535 Miller Rd, good through 8/31/16, breakdown, per diems -dp. |
| 08/23/2016 | File order to sell 535 Miller Rd -dp. |
| 08/22/2016 | File motion to reduce objection period to notice of sale and employment/compensation of auctioneer, motion to employ/compensate auctioneer, motion to sell -dp. |
| 08/17/2016 | File orders to employ attorney Lemeh and accountant Williams -dp. |
| 08/16/2016 | File order for authority to pay utilities/small expenses -dp. |
| 08/10/2016 | File motion/order to reduce objection period and motion to sell 535 Miller Rd -dp. |
| 08/04/2016 | File motion/order to reduce objection period, motion for authority to pay utilities/small expenses -dp. |
| 08/03/2016 | tcw tracey fouch 615-418-5798-interested in purchasing building |
| 08/03/2016 | tcw tracy foutch-wants to purchase for 350,000; tcw realtor-auction? ; tcto second lien holder-left v-mail; tcw to ucdd first lienholder -left message for Wallace Austin will email request to take less than 300,000 owed-eml waustin@UCDD.org |
| 07/26/2016 | File motions to employ attorney Lemeh and accountant Williams -dp. |
| 07/25/2016 | Email to Tim Niarhos and Gray Waldron: Trustee Lemeh needs to know where we are on collecting the rent checks that are past due, and she also needs the names/addresses of the renters. -dp. |
| 07/07/2016 | Email to Mimi: Master custom cabinetry 16-03675-need to get this on the market or auction date for it 535 miller road in Smithville unusually large warehouse for area. 400k owed tax value is 715k. |
| 06/28/2016 | Ordered a current owner title search for 535 Miller Rd -dp. |
| | 7/1 Title search received -dp. |
| | 7/5 Email to RightOnTimeDocs about missing pages -dp. |
| 06/22/2016 | Payoffs received for Upper Cumberland Development District and Cumberland Area Investment Corporation -dp. |
| 06/20/2016 | Email to waustin@ucdd.org (Upper Cumberland Utility District) for payoffs/per diems for 535 Miller Rd -dp. |
| 06/20/2016 | Notes to self: Sched D lienholders for 535 Miller Rd: |
| | 2x UCDD (6/20 email sent for payoffs/per diems). |
| | 1x Smithville Assessor of Property (I pulled DeKalb tax card by map/parcel and $5.4k due; Lists Miller Road Prop as the owner). |
| 06/16/2016 | Update from Mimi Genet: This is a 80,994 square feet warehouse on 21. acres in Smithville - FMV is approximately $600,000 - $700,000. - the catch is that it is in DeKalb County - not alot of industry there - it is conveniently located. This one I would auction. |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 16-03675 | Trustee Name: | Eva M. Lemeh |
| Case Name: | MASTER CUSTOM CABINETRY OF TN, INC. | Date Filed (f) or Converted (c): | 05/20/2016 (f) |
| For the Period Ending: | 5/7/2017 | §341(a) Meeting Date: | 07/07/2016 |
| | | Claims Bar Date: | 10/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 07/07/2017   **Current Projected Date Of Final Report (TFR):** 07/07/2017

/s/ EVA M. LEMEH
EVA M. LEMEH

| Case No. | 16-03675 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | MASTER CUSTOM CABINETRY OF TN, INC. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6672 | | Checking Acct #: | ******0186 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/20/2016 | | Blanket bond (per case limit): | $8,500,000.00 |
| For Period Ending: | 5/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2016 | (1) | Master Custom Cabinetry | rent from tenant | 1122-000 | $5,026.00 | | $5,026.00 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.05 | $5,024.95 |
| 08/03/2016 | 3001 | Smithville Electric System | Account no. 1100 Master Custom Cabinetry delinquent electric bill for 535 Miller Road, Smithville, TN 37166 | 2420-000 | | $1,704.46 | $3,320.49 |
| 08/15/2016 | (1) | Master Custom Cabinets of TN Inc | rent | 1122-000 | $5,390.00 | | $8,710.49 |
| 08/17/2016 | (1) | Foutch Industries LLC | rent from tenant | 1122-000 | $1,600.00 | | $10,310.49 |
| 08/18/2016 | (1) | Tracy Foutch | earnest money payment for purchase of 535 miller road, smithville, TN per order to sell entered 08/--/16 | 1110-000 | $50,000.00 | | $60,310.49 |
| 08/31/2016 | (1) | Dekalb Title, LLC | proceeds from sale of 535 miller road per order to sell entered 08/25/16 | 1110-000 | $450,000.00 | | $510,310.49 |
| 08/31/2016 | 3002 | Upper Cumberland Development District | pay off 1st mortgage per order to sell entered 08-25-16; loan no. 99-01-01; 535 miller road | 4110-000 | | $303,815.50 | $206,494.99 |
| 08/31/2016 | 3003 | Cumberland Area Investment Corporation | pay off 2nd mortgage per order to sell entered 08-25-16; loan no. 100-01-01; 535 miller road | 4110-000 | | $101,208.31 | $105,286.68 |
| 08/31/2016 | 3004 | DeKalb County Trustee | pay delinquent taxes per order to sell entered 08-25-16; 535 miller road-receipt no. 11056; 073 00601 00 | 2820-000 | | $5,514.00 | $99,772.68 |
| 08/31/2016 | 3005 | City of Smithville | pay delinquent taxes per order to sell entered 08-25-16; 535 miller road-map and parcel no. 073 00601 00 | 2820-000 | | $2,009.96 | $97,762.72 |
| 08/31/2016 | 3006 | Tracy Foutch | pay closing costs to buyer-pro rated rent $800, pro rated city taxes 1,239.39 and pro rated county taxes 3,501.57 per order to sell entered 08-25-16; for 535 miller road | 2500-000 | | $5,540.96 | $92,221.76 |
| 08/31/2016 | 3007 | Smithville Electric System | pay electric bill acct no. 1100 for 535 miller road per Order Granting Trustee's Motion for Authority to Pay Utilities and Small Expenses 08/16/16 | 2420-000 | | $2,518.91 | $89,702.85 |
| 08/31/2016 | 3008 | Smithville Water Company | pay water bill acct no. 0005-00908-003 per Order Granting Trustee's Motion for Authority to Pay Utilities and Small Expenses 08/16/16 | 2420-000 | | $59.16 | $89,643.69 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $37.67 | $89,606.02 |
| 09/19/2016 | (7) | City of Smithville water operations & maintaenance | refund of water deposit | 1229-000 | $90.89 | | $89,696.91 |
| | | | | SUBTOTALS | $512,106.89 | $422,409.98 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-03675 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | MASTER CUSTOM CABINETRY OF TN, INC. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6672 | | Checking Acct #: | ******0186 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/20/2016 | | Blanket bond (per case limit): | $8,500,000.00 |
| For Period Ending: | 5/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $141.86 | $89,555.05 |
| 10/13/2016 | 3009 | TENNESSEE DEPARTMENT OF REVENUE | Form FAE 170 Franchise and Excise Tax for year ending 09/30/2016; acct no. 322129988 FEIN 47-1696672 | 6820-000 | | $100.00 | $89,455.05 |
| 10/18/2016 | 3010 | Thompson Burton PLLC | pay attys fees per order entered 10/18/16 | 3210-000 | | $2,325.00 | $87,130.05 |
| 10/18/2016 | 3011 | Thompson Burton PLLC | pay attys exps per order entered 10/18/16 | 3220-000 | | $34.00 | $87,096.05 |
| 10/25/2016 | (6) | Charles D. Atnip Realty & Auction Co. | proceeds from auction of misc unencumbered equipment per order to sell/auction entered 08/31/2016 | 1129-000 | $2,535.00 | | $89,631.05 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $144.50 | $89,486.55 |
| 11/16/2016 | 3012 | EVA M. LEMEH, ESQUIRE | pay attys fees per order entered 11/15/16 | 3110-000 | | $2,874.00 | $86,612.55 |
| 11/16/2016 | 3013 | EVA M. LEMEH, ESQUIRE | pay attys exps per order entered 11/15/16 | 3120-000 | | $667.84 | $85,944.71 |
| 11/16/2016 | 3014 | Larry Williams | pay accountant fees/exps per order entered 11/15/16 | 3410-000 | | $400.00 | $85,544.71 |
| 11/16/2016 | 3015 | MASSA ESTATE GROUP | pay agent fees/exps per order entered 11/15/16 | 2990-000 | | $8,956.95 | $76,587.76 |
| 11/16/2016 | 3016 | MASSA ESTATE GROUP | pay auctioneer fees/exps per order entered 08/31/16 | 3610-000 | | $633.75 | $75,954.01 |
| 11/16/2016 | 3017 | Larry Williams | pay accountant per order entered 11/15/16-pay accountant per order entered 11/15/16-check written just did not print | 3410-003 | | $400.00 | $75,554.01 |
| 11/16/2016 | 3017 | VOID: Larry Williams | pay accountant per order entered 11/15/16-check written just did not print | 3410-003 | | ($400.00) | $75,954.01 |
| 12/02/2016 | 3009 | STOP PAYMENT: TENNESSEE DEPARTMENT OF REVENUE | Form FAE 170 Franchise and Excise Tax for year ending 09/30/2016; acct no. 322129988 FEIN 47-1696672-check was lost tenn dept of revenue shows never received | 6820-004 | | ($100.00) | $76,054.01 |
| 12/02/2016 | 3018 | TENNESSEE DEPARTMENT OF REVENUE | Form FAE 170 Franchise and Excise Tax for year ending 09/30/2016; acct no. 322129988 FEIN 47-1696672-replaces check 3009 | 2820-000 | | $100.00 | $75,954.01 |
| 02/27/2017 | 3019 | U. S. BANKRUPTCY COURT CLERK | Account Number: ; Claim #: ; Notes: Motion to Sell DE#26, #43; Amount Claimed: 352.00; Amount Allowed: 352.00; Dividend: 0.46; Distribution Dividend: 100.00; | 2700-000 | | $352.00 | $75,602.01 |
| 02/27/2017 | 3020 | Eva M. Lemeh | Trustee Compensation | 2100-000 | | $28,982.09 | $46,619.92 |
| 02/27/2017 | 3021 | Eva M. Lemeh | Trustee Expenses | 2200-000 | | $260.07 | $46,359.85 |
| | | | | SUBTOTALS | $2,535.00 | $45,872.06 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3    Exhibit 9

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-03675 | | **Trustee Name:** | Eva M. Lemeh |
| **Case Name:** | MASTER CUSTOM CABINETRY OF TN, INC. | | **Bank Name:** | PINNACLE BANK |
| **Primary Taxpayer ID #:** | **-***6672 | | **Checking Acct #:** | ******0186 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 5/20/2016 | | **Blanket bond (per case limit):** | $8,500,000.00 |
| **For Period Ending:** | 5/7/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2017 | 3022 | Internal Revenue Service | -"trust fund tax payment only"; Amount Claimed: 137,229.21; Amount Allowed: 137,229.21; Dividend: 59.01; Distribution Dividend: 32.66; | 5800-000 | | $44,825.78 | $1,534.07 |
| 02/27/2017 | 3023 | TN Dept of Labor - Bureau of Unemployment Insuranc | -"trust fund tax payment only" ; Claim #: 22; Notes: allow/priority-Unemployment Insurance / Taxes; Amount Claimed: 4,696.38; Amount Allowed: 4,696.38; Dividend: 2.01; Distribution Dividend: 32.66; | 5800-000 | | $1,534.07 | $0.00 |
| | | | **TOTALS:** | | $514,641.89 | $514,641.89 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $514,641.89 | $514,641.89 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $514,641.89 | $514,641.89 | |

**For the period of 5/20/2016 to 5/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $514,641.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $514,641.89 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $514,641.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $514,641.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/26/2016 to 5/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $514,641.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $514,641.89 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $514,641.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $514,641.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 16-03675 | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|
| Case Name: | MASTER CUSTOM CABINETRY OF TN, INC. | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6672 | Checking Acct #: | ******0186 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/20/2016 | Blanket bond (per case limit): | $8,500,000.00 |
| For Period Ending: | 5/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $514,641.89 | $514,641.89 | $0.00 |

| For the period of 5/20/2016 to 5/7/2017 | | For the entire history of the case between 05/20/2016 to 5/7/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $514,641.89 | Total Compensable Receipts: | $514,641.89 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $514,641.89 | Total Comp/Non Comp Receipts: | $514,641.89 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $514,641.89 | Total Compensable Disbursements: | $514,641.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $514,641.89 | Total Comp/Non Comp Disbursements: | $514,641.89 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA M. LEMEH

EVA M. LEMEH